UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JULIE BAAR,

    Plaintiff,

-vs-                         CASE NO.:  6:16-CV-00392-CEM-DAB

BLUESTEM BRANDS d/b/a
FINGERHUT,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

     **COMES NOW** the Plaintiff, Julie Baar, and the Defendant, Bluestem Brands, Inc., d/b/a

Fingerhut, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with

prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above

styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

     Respectfully submitted this 31st day of May 2016.

| | |
|---|---|
| /s/Frank H. Kerney, III | /s/Kimberly A. Koves |
| Frank H. Kerney, III, Esquire | Kimberly A Koves, Esq. |
| Florida Bar#: 88672 | Florida Bar#: 100282 |
| Morgan & Morgan, Tampa,  P.A. | Wiand Guerra King, PL |
| One Tampa City Center | 5505 West Gray St. |
| Tampa, FL 33602 | Tampa, FL 33609 |
| Tele: (813) 223-5505 | Tele: (813) 347-5100 |
| Fax: (813) 223-5402 | Fax: (813) 347-5198 |
| fkerney@forthepeople.com | kkoves@wiandlaw.com |
| jkneeland@forthepeople.com | Attorney for Defendant |
| Attorney for Plaintiff | |